IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **07-cv-1906-JLK-MJW**

**JON J. MAXEY,**

    Plaintiff,

v.

**RESTAURANT CONCEPTS II, LLC, a Georgia limited liability company,**

    Defendant.

---

### EXPANDED ORDER OF REFERENCE TO MAGISTRATE JUDGE

**Kane, J.**

    Pursuant to 28 U.S.C. §636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b), United States Magistrate Judge Watanabe is designated to conduct proceedings in this civil action as follows:

**( X )**   **Conduct such proceedings as may be necessary to resolve the discovery disputes in this matter.**

Dated at Denver, Colorado this 12th day of November, 2008.

                                         BY THE COURT:

                                         *S/John L. Kane*
                                         JOHN L. KANE, SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT